Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Scott R. Wilhite

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. WILHITE, | Case No.: CV 10-08754 FMO |
| Plaintiff, | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,500.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   12/27/2011

_/s/_
THE HONORABLE FERNANDO M. OLGUIN
UNITED STATES MAGISTRATE JUDGE

-1-